UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

COMMERCIAL BANK OF DUBAI

                         Petitioner,

For an Order under 28 U.S.C. § 1782(a) Authorizing
Service of a Subpoena to Require Testimony and the
Production of Documents by

AMERICAN EXPRESS, INC.

                         Respondent,

For Use in a Contemplated Action, Dubai Court of
First Instance, Plenary Commercial, UAE.

Case No. 20-Misc MC-325

## [PROPOSED] ORDER

**WHEREAS** an application (the "Application"), having been duly submitted to this Court

on September 15, 2020 by Mayer Brown LLP, counsel for Commercial Bank of Dubai ("CBD"),

for entry of an order pursuant to 28 U.S.C. § 1782 permitting counsel for CBD to serve American

Express, Inc. ("Amex" or "Respondent") with a subpoena in the form attached as Exhibit A to the

Application, seeking documents from Respondent in accordance with the Federal Rules of Civil

Procedure; and

      **WHEREAS** the Court has reviewed the Application, the Exhibit thereto, the Declaration

of Souhayel Tayeb, and Memorandum of Law submitted in support of the Application; and

      **WHEREAS** this Court finds that the Application meets the statutory requirements of 28

U.S.C. § 1782, and that it is appropriate in this Court's discretion to grant the Application.

**IT IS HEREBY ORDERED THAT** counsel for CBD may serve Respondent with a

subpoena in the form attached as Exhibit A the Application. *This is without prejudice to any objections that respondent may have to this*

SO ORDERED. *order or the subpoena.*

Dated:        September 17, 2020
              New York, New York

UNITED STATES DISTRICT JUDGE